UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:   Dwayne Lugene WATTS
Docket Number:   2:94CR00371-01
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Nassau, Bahamas. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On July 10, 1996, Dwayne Watts was sentenced for the offense(s) of 21 USC 846, 841(a)(1)-Conspiracy to Manufacture, Distribute, and Possess with the Intent to Distribute Cocaine Base and 21 USC 853- Criminal Forfeiture.

**Sentence imposed:** 120 months Bureau of Prisons; 60 months supervised release; $50 special assessment. Special conditions include warrantless search.

**Dates and Mode of Travel:** Leaving January 12, 2006, and returning January 17, 2006. Travel will be on American Airlines.

**Purpose:** Mr. Watts was awarded this trip by his employer for his outstanding work throughout this past year.

**RE:   Dwayne Lugene WATTS**
       **Docket Number:   2:94CR00371-01**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


                        Respectfully Submitted,

                        /s/   Cynthia J. Mazzei

                        **CYNTHIA J. MAZZEI**
                        **United States Probation Officer**

**DATED:**    December 6, 2006
              Sacarmento, California
              CJM:jz


**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    X

**Date**:  December 11, 2006


                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE