PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | **Docket Number: 2:94CR00371-01** |
| **DWAYNE LUGENE WATTS** | |

On June 30, 2003, the above-named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
United States Probation Officer**

Dated:   August 14, 2007
Sacramento, California
CJM:jz

**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

Re:     **WATTS, Dwayne Lugene**
        **Docket Number:   2:94CR00371-01**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Dwayne Lugene Watts be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  August 17, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office